**Opinion issued April 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00224-CV**

————————————

## IN RE TRIPLE C PROJECT SERVICES, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Triple C Project Services, LLC has filed a petition for writ of mandamus seeking to vacate the trial court's order granting a motion to compel.[1]

---

[1] The underlying case is *Cynthia Martinez, Individually and as Representative of the Estate of Jeff Rendon and Yaresi Flores, a/n/f of M.R., K.R., and A.R. v. Enterprise Products Partners L.P., Enterprise Products Operating LLC, Enterprise Products Texas Operating, LLC, and Triple C Project Services, LLC*, cause number 2022-76693, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.7(a), 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.